1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL J. COLLINS,

11          Plaintiff,                          No. CIV S-06-0155 GEB CMK P

12      vs.

13   H. SMITH, M.D., et al.,

14          Defendants.                ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

18   plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place at

19   Avenal State Prison in Kings County, which is part of the Fresno Division of the United States

20   District Court for the Eastern District of California.  See Local Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

25   request to proceed in forma pauperis.  The court's January 30, 2006, order will be vacated.

26   /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  The January 30, 2006, order is vacated;

3    2.  This action is transferred to the United States District Court for the Eastern

4  District of California sitting in Fresno; and

5    3.  All future filings shall reference the new Fresno case number assigned and

6  shall be filed at:

7       United States District Court
        Eastern District of California
8       2500 Tulare Street
        Fresno, CA 93721
9

10  DATED:   February 6, 2006.

11

12                                    _____
                                      **CRAIG M. KELLISON**
13                                    UNITED STATES MAGISTRATE JUDGE

/mp
14  coll 06cv0155.22

15

16

17

18

19

20

21

22

23

24

25

26